

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

YUVAL RUBINSTEIN
Phone: (212) 356-2467
Fax: (212) 356-2439
Email: yrubinst@law.nyc.gov

June 25, 2014

<u>**Via ECF**</u>

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

      Re:   <u>Pinsker v. City of New York, et al.</u>
              Docket No. 11-cv-03942 (AKH)(MHD)

Dear Judge Hellerstein:

        I am the Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel for the City of New York, assigned to represent defendants in the above-captioned action.

        I write, on behalf of all parties, to inform the Court that the parties have reached an agreement in principle to settle this action. The parties are currently in the process of finalizing the settlement documents. Accordingly, the parties respectfully request an adjournment of the June 27, 2014 status conference. This is the parties' first request for an adjournment.

        We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    Yuval Rubinstein
                    Assistant Corporation Counsel

cc:   Michael G. O'Neill (via ECF)
      Aaron N. Solomon (via ECF)